☑ Original    ☐ **CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

|  |  |  |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  22  MJ  130 |
| Information associated with Twitter account BIGDAWGVIBE that is stored at premises controlled by Twitter, Inc., more fully described on Attachment A. | ) ) ) ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    7/14/2022    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable William E. Duffin _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    6/30/2022 at 10:40 AM    _William E. Duffin_
                                                           *Judge's signature*

City and state:   Milwaukee, WI    Honorable William E. Duffin, U.S. Magistrate Judge
                                                         *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>22-MJ-130 | Date and time warrant executed:<br>6/30/22  1:28pm | Copy of warrant and inventory left with:<br>Twitter LE Portal |
| Inventory made in the presence of :<br>Heather WRIGHT | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

On 8/17/2022, an email was received from Twitter Support indicating search warrant results were available for download and on 08/22/2022 results were downloaded and obtained through Twitter's portal.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/2/2022

_____
*Executing officer's signature*

Heather WRIGHT, Special Agent
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with Twitter account *BIGDAWGVIBE,* https://twitter.com/bigdawgvibe (the "Account") that is stored at premises owned, maintained, controlled, or operated by Twitter, Inc., a company headquartered at 1355 Market Street, Suite 900, San Francisco, CA.

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by Twitter, Inc. ("Twitter")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Twitter, regardless of whether such information is located within or outside of the United States, and including any communications, records, files, logs, or information that has been deleted but is still available to Twitter, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), on May 19, 2022, Twitter case number 0270611648, Twitter is required to disclose to the government for each account or identifier listed in Attachment A:

A.    All business records and subscriber information, in any form kept, pertaining to the Account, including:

1.    Identity and contact information (past and current), including full name, e-mail address, physical address, date of birth, phone number, gender, and other personal identifiers;

2.    All usernames (past and current) and the date and time each username was active, all associated accounts (including those linked by machine cookie, IP address, email address, or any other account or device identifier), and all records or other information about connections with third-party websites and mobile apps (whether active, expired, or removed);

3.    Length of service (including start date), types of services utilized, purchases, and means and sources of payment (including any credit card or bank account number) and billing records;

4.    Devices used to login to or access the account, including all device identifiers, attributes, user agent strings, and information about networks and connections, cookies, operating systems, and apps and web browsers;

5.    All advertising information, including advertising IDs, ad activity, and ad topic preferences;

6.    Internet Protocol ("IP") addresses used to create, login, and use the account, including associated dates, times, and port numbers, from **March 1, 2022 to present;**

7.    Privacy and account settings, including change history; and

8.  Communications between Twitter and any person regarding the account, including contacts with support services and records of actions taken;

B.  All content, records, and other information relating to communications sent from or received by the Account from **March 1, 2022 to present,** including but not limited to:

1.  The content of all Tweets created, drafted, favorited/liked, or retweeted by the Account, and all associated multimedia, metadata, and logs;

2.  The content of all direct messages sent from, received by, stored in draft form in, or otherwise associated with the Account, including all attachments, multimedia, header information, metadata, and logs;

C.  All other content, records, and other information relating to all other interactions between the Account and other Twitter users from **March 1, 2022 to present,** including but not limited to:

1.  All users the Account has followed, unfollowed, muted, unmuted, blocked, or unblocked, and all users who have followed, unfollowed, muted, unmuted, blocked, or unblocked the Account;

2.  All information from the "Connect" or "Notifications" tab for the account, including all lists of Twitter users who have favorited or retweeted tweets posted by the account, as well as all tweets that include the username associated with the account (i.e., "mentions" or "replies");

3.  All contacts and related sync information; and

4.  All associated logs and metadata;

D.  All other content, records, and other information relating to the use of the Account, including but not limited to:

1.  All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

2.  All multimedia uploaded to, or otherwise associated with, the Account;

3.  All records of searches performed by the Account from **March 1, 2022 to present;**

4.  All location information, including all location data collected by any plugins, widgets, or the "Tweet With Location" service, from **March 1, 2022 to present;** and

5.  All information about the Account's use of Twitter's link service, including all longer website links that were shortened by the service, all

2

resulting shortened links, and all information about the number of times that a link posted by the Account was clicked.

Twitter is hereby ordered to disclose the above information to the government within **14 days**

days of issuance of this warrant.

3

## II.    Information to be seized by the government

All information described above in Section I that constitutes evidence, and/or instrumentalities of violations of 18 U.S.C. §§ 2119 and 922(g), those violations involving JEROME SMITH and occurring after MARCH 1, 2022, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a)    Communications between Smith and the victim, McKinnie, communications between Smith and his co-conspirator Williams and any other co-conspirator, records demonstrating a plan to commit carjacking or robbery, records demonstrating false statements made to other potential victims, preparatory steps taken in furtherance of the plan to commit robbery or carjacking, evidence of the possession of firearms;

(b)    Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account owner;

(c)    Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

(d)    The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

(e)    The identity of the person(s) who communicated with the Account about matters relating to the possession of firearms, plans to commit carjacking and robbery, the commission of carjacking and robbery, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the

4

disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

5